UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:05CV2063HEA |
| v. | ) |
| | ) |
| JEFFREY E. RAY, individually and | ) |
| d/b/a JEFF RAY & SON PLUMBING, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion for Contempt. The Plaintiffs have requested the Court's intervention because of the Defendant's failure to comply with an order of this Court.

The Defendant has never entered an appearance in this matter. The Court entered an Order on March 23, 2007, compelling Defendant to submit to a post-judgment deposition, for which Defendant had previously failed to appear. The Defendant has failed and refused to comply with the Court's Order.

The Defendant is therefore in civil contempt of this court.

Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Contempt is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Jeffrey E. Ray be fined an amount of $200 for every day it continues to be in contempt of this Court, beginning with the date of this order, payable to the Clerk of the Court. These fines shall mount daily until

Defendant has absolved itself of contempt by complying with the Court's March 23, 2007 Order.

Dated this _11th_ day of _May_____, 2007.

_____
UNITED STATES DISTRICT JUDGE