# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 4:05CV2063 HEA |
| JEFFREY E. RAY, | ) |
| Defendant. | ) |

## ORDER AND WRIT OF BODY ATTACHMENT

On March 23, 2007, Defendant was ordered to appear for a post-judgment deposition. Defendant failed to comply with the Court's Order, was found in contempt and ordered to pay a fine. Defendant has continued to ignore the Court's Order.

**IT IS HEREBY ORDERED** that the United States Marshal is ordered to seize Jeffrey E. Ray, last known address: Jeffrey E. Ray, d/b/a Ray & Son Plumbing, 905 North Kingshighway, St. Charles Missouri, 63301, as soon as possible and bring him before this Court to answer for his failure to comply.

Dated this 1st day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE